UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONVOYANT LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEEPTHINK, LLC,<br><br>                    Defendant. | CASE NO. C21-0310JLR<br><br>ORDER |

Before the court is the joint status report filed by Plaintiff Convoyant LLC and Defendant DeepThink, LLC pursuant to the court's January 3, 2022 order certifying a question to the Washington Supreme Court and staying this case. (8/25/22 JSR (Dkt. # 30); 1/3/22 Order (Dkt. # 28)); *see also Convoyant LLC v. DeepThink, LLC*, --- P.3d ---, No. 100523-7, 2022 WL 3270001 (Wash. Aug. 11, 2022) (declining to answer the certified question). The parties ask the court to continue the trial date and all unexpired pretrial deadlines by approximately eight months, which was the length of time this case was stayed pending the Washington Supreme Court's ruling. (*See* 8/25/22 JSR at 2.)

ORDER - 1

1  The court GRANTS the parties' request for an eight-month continuance;
2  VACATES the February 21, 2023 trial date; SETS trial on October 23, 2023; DIRECTS
3  the Clerk to issue a new scheduling order that resets all unexpired deadlines based on the
4  new trial date; and LIFTS the stay in this matter.
5  Dated this 26th day of August, 2022.

JAMES L. ROBART
United States District Judge