Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONVOYANT LLC, a Utah corporation<br><br>v.<br><br>DEEPTHINK, LLC D/B/A THINKRESERVATIONS, a Washington limited liability company. | No. 2:21-cv-00310-JLR<br><br>ORDER ON STIPULATED MOTION TO STAY PENDING SETTLEMENT<br><br>[~~PROPOSED~~] |

**[~~PROPOSED~~] ORDER ON STIPULATED MOTION TO STAY PENDING SETTLEMENT**

Plaintiff Convoyant LLC ("Plaintiff" of "Convoyant") and defendant DeepThink, LLC D/B/A ThinkReservations ("Defendant" or "ThinkReservations") on April 11, 2023 notified chambers telephonically that they have reached an agreement-in-principle on key settlement terms to this dispute.

[~~Proposed~~] Order on Stipulated Motion to Stay
2:21-cv-00310-JLR – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

To permit the parties to better allocate resources to finalize settlement, all remaining case deadlines, including all deadlines associated with Defendant's pending motion for partial summary judgment (Dkt. No. 34), are hereby stayed for forty-five (45) days.

If an order dismissing all claims against all parties is not entered within forty-five (45) days after entry of this Order, the parties shall file a joint status report with the Court by such date.

DATED this 12th day of April, 2023.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

[Proposed Order] on Stipulated Motion to Stay
2:21-cv-00310-JLR – 2

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com