HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CONVOYANT LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEEPTHINK LLC d/b/a THINKRESERVATIONS,<br><br>　　　　　Defendant. | CASE NO. 2:21-cv-00310-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

　　　　Plaintiff Convoyant LLC and Defendant DeepThink LLC, by and through undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that this action should be dismissed, with prejudice and with each party to bear its own costs and attorney fees.

　　　　//
　　　　//
　　　　//
　　　　//
　　　　//
　　　　//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

MPBA{19601/002/03200436-1}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Respectfully Submitted,

MONTGOMERY PURDUE PLLC

By _____
Benjamin I. VandenBerghe
WA State Bar No. 35477
Christopher M. Reed
WA State Bar No. 49716
701 5th Ave., Suite 5500
Seattle, WA 98104
*Attorneys for Defendant*

TBILLICK LAW PLLC

By  /s/ Tim. J. Billick
Tim J. Billick
WA State Bar No. 46690
600 First Ave.
Seattle, WA 98101
*Attorney for Plaintiff*

IT IS SO ORDERED this 15th day of May, 2023.

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2

MPBA{19601/002/03200436-1}

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX